**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHEVRON TCI, INC., Plaintiff, v. 1170 BROADWAY MANAGER LLC, 1170 BROADWAY MANAGER MEMBER LLC, SQUARE MILE PARTNERS III LP, and ALLEN I. GROSS, Defendants. | No. 1:19-CV-03149-PAE **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |
| SQUARE MILE PARTNERS III LP, Third-Party Plaintiff, v. YUCAIPA AMERICAN ALLIANCE FUND II, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., Third-Party Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Defendants and Third-Party Defendants, through their respective attorneys, that the above-captioned action, including all actions and claims by Plaintiff Chevron TCI, Inc. against Defendants, and all actions and claims by Third-Party Plaintiff Square Mile Partners III LP against Third-Party Defendants shall be discontinued and dismissed with prejudice and without costs or attorneys'

fees, except to the extent claims are preserved as specified in that certain settlement agreement among the parties dated February 19, 2020.

Dated: February 24, 2020

By: ______________________
Michael T. Maroney, Esq.
HOLLAND & KNIGHT LLP
10 Saint James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
Email: michael.maroney@hklaw.com

*Attorneys for Plaintiff Chevron TCI, Inc.*

By: ______________________
Steven Sinatra, Esq.
Daniel R. Milstein, Esq.
John J. Elliott, Esq.
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Email: sinatras@gtlaw.com
milsteind@gtlaw.com
elliottj@gtlaw.com

*Attorneys for Defendants 1170 Broadway Manager LLC, 1170 Broadway Manager Member LLC, Square Mile Partners III LP, and Allen I. Gross*

By: ______________________
Peter J.W. Sherwin, Esq.
Q. Jennifer Yang, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: psherwin@proskauer.com
jyang@proskauer.com

*Attorneys for Third-Party Defendants Yucaipa American Alliance Fund II, L.P. and Yucaipa American Alliance (Parallel) Fund II, L.P.*

**SO ORDERED** on this 25th day of February, 2020

Paul A. Engelmayer
______________________
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE